# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DINO P. HERNANDEZ,<br><br>Defendant. | PO-16-5095-M-JCL<br>CVB Violation No:<br>F4640479<br><br><br>ORDER DISMISSING |

The government has moved to dismiss the above referenced violation notice with prejudice. Accordingly,

**IT IS ORDERED** that violation notice F4640479 is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this 13th day of September, 2016.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB